USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JOSE BAUTISTA,

                                                Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTION; C.O. DAIN DEALLIE;
C.O. MARVIN CHARLES; C.O. KEVIN BARNABY; C.O.
FITZGERALD DAVID; C.O. JASON RAMOS; C.O. RAYON
SIMMONDS; CAPTAIN GABRIELLA SMALLS;
CARLTON NEWTON; CHEMENE MCLEOD; THOMAS
HALL; DANIELLE JOHNSON; CARMINE LABRUZZO;
MICHAEL HOURIHANE; LARRY DAVIS, SR.; SABINA
BLASKOVIC; RUBEN BENITEZ; SEAN JONES; EVELYN
MIRABAL; THOMAS BERGDALL; DIANA LOGAN;
DORA SCHRIRO; and FLORENCE FINKLE,

                                                Defendants.
------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

13 Civ. 8189 (AKH)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
JULY 12, 2017

LAW OFFICES OF FREDERICK K. BREWINGTON
*Attorneys for Plaintiff*
556 Peninsula Blvd
Hempstead, NY 115500

By: _____
Frederick K. Brewington
*Attorney for Plaintiff*

THE LAYTON LAW FIRM, PLLC
*Attorneys for Plaintiff*
30 Vesey Street, Suite 1801
New York, NY 10007

By: _____
Paul T. Layton
*Attorney for Plaintiff*

SOFIA ARANDA LAW
*Attorneys for Plaintiff*
11 Broadway, Suite 615
New York, NY 10004

By: _____
Sofia C. Aranda
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Dain Deallie, Marvin Charles, Kevin Barnaby, Fitzgerald David and Gabriella Smalls*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Michael K. Gertzer
*Senior Counsel*

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Dated: 7-13, 2017

2